# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-13287-JKF

OLAWALE M. JEGEDE

31 PINE TREE DRIVE

ROYERSFORD, PA 19468-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
OLAWALE M. JEGEDE

31 PINE TREE DRIVE

ROYERSFORD, PA 19468-

**Counsel for debtor(s), by electronic notice only.**
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

    /s/ William C. Miller

Date: 8/22/2016

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee