**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | Bankruptcy No. 16-13287 JKF |
| | : | Hearing Date, Time & Place |
| OLAWALE M. JEGEDE | : | Thursday, December 8 at 9:30 a.m. |
| | : | Courtroom 3, Bankruptcy Court |
| Debtor | : | 900 Market Street, 2nd Floor |
| | : | Philadelphia, PA |

**NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE**

William C. Miller, chapter 13 standing trustee, has filed a Trustee's Motion to Dismiss With Prejudice Pursuant to 11 U.S.C. Sections 105, 349 and 1307 with the Court on the above-captioned chapter 13 bankruptcy case for the reason(s) listed on the enclosed Motion.

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fifteen days (15) prior to the date of the hearing listed in paragraph 3 of this notice, you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

    > U.S. Bankruptcy Court
    > 900 Market Street - Suite 400
    > Philadelphia, PA 19107

    (b) mail a copy to the movant's attorney :

    > William C. Miller, Esquire
    > Chapter 13 Standing Trustee
    > 1234 Market Street, Suite 1813
    > P.O. Box 1229
    > Philadelphia, PA 19105
    > Telephone: (215)627-1377

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the enclosed Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Jean K. FitzSimon, in Courtroom No. 3, on December 8, 2016, at 9:30 a .m. at U.S. Bankruptcy Court, 900 Market St. - 2nd Floor, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.