**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Olawale M. Jegede | : | |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-13287 JKF |

**CERTIFICATION OF NO RESPONSE**

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that no answer, objection or response has been filed to the Chapter 13 Trustee's Motion to Dismiss Debtor With Prejudice, which was filed with the Court and served on all interested parties on November 3, 2016, and a hearing on which is scheduled for December 8, 2016.

Date**:** December 5, 2016                                    /**s**/ William C. Miller
                                                                                William C. Miller
                                                                                Chapter 13 Standing Trustee