**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Olawale M. Jegede | CHAPTER 13
      Debtor(s) |
| BKY. NO. 16-13287 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9713

                              Respectfully submitted,

                              **/s/Thomas Puleo, Esquire**
                              Thomas Puleo, Esquire
                              Brian C. Nicholas, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 825-6306  FAX (215) 825-6406