# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Olawale M. Jegede | |
| <u>Debtor</u> | |
| | CHAPTER 13 |
| Nationstar Mortgage LLC | |
| <u>Movant</u> | |
| vs. | |
| | |
| Olawale M. Jegede | NO. 16-13287 JKF |
| <u>Debtor</u> | |
| | |
| William C. Miller, Esq. | |
| <u>Trustee</u> | |
| | 11 U.S.C. Section 362 |

## PRAECIPE FOR RE-LISTED HEARING

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly re-schedule a hearing on the above-captioned Motion for Relief.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322  FAX (215) 627-7734
Attorney for Movant/Applicant