**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>OLAWALE M. JEGEDE<br><br>Debtor<br><br>OLAWALE M. JEGEDE<br><br>Movant<br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Respondent. | CHAPTER 13<br><br>Bankruptcy No.: 16-13287-JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

    Kindly enter the appearance of Matthew T. Eyet, Esq. as counsel on behalf of Nationstar Mortgage LLC in the above-captioned matter.

    Respectfully submitted,

**SANDELANDS EYET LLP**
*Attorneys for Creditor/Respondent,
Nationstar Mortgage LLC*

Dated: March 9, 2017    By:    /s/ *Matthew T. Eyet*
    Matthew T. Eyet, Esq.
    P.A. Attorney I.D. No. 317312
    1545 U.S. Highway 206, Suite 304
    Bedminster, NJ 07921
    908-470-1200

1