IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Olawale M. Jegede,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, as Trustee to Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE1,<br>    Movant,<br>v.<br>Olawale M. Jegede,<br>    Debtor,<br><br>William C. Miller, Trustee,<br>   Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-13287/JKF<br><br>11 U.S.C. § 362 |

## **O R D E R**

AND NOW, this _____ day of _____, 2017, upon the consideration of the Motion to Approve Loan Modification, no objections having been filed after notice, and finding cause to grant said Motion, it is hereby ORDERED and DECREED that Debtors' Loan Modification with Nationstar Mortgage LLC as servicer for Wells Fargo Bank, National Association, as Trustee to Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE1 with respect to the property located at 8214 Dunfield Court, Severn, MD 21144 is hereby APPROVED.

**Date: March 10, 2017**

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE