UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Olawale M. Jegede and Olawale M. Jegede,<br>                Debtors. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>16-13287/JKF |
| Wells Fargo Bank, National Association, as Trustee to Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE1,<br>                Movant,<br>v.<br><br>Olawale M. Jegede and Olawale M. Jegede,<br>                Respondents/Debtors,<br><br>William C. Miller<br>                Additional Respondent. | |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

      Kindly withdraw, without prejudice, Movant, Wells Fargo Bank, National Association, as Trustee to Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-HE1's Objection to Confirmation of Chapter 13 Plan filed with the Court on June 17, 2016.

                                                      Respectfully submitted,

Dated: March 13, 2017                               BY:/s/ Kevin S. Frankel
                                                                  Kevin S. Frankel, Esquire
                                                                  Shapiro & DeNardo, LLC
                                                                  3600 Horizon Drive, Suite 150
                                                                  King of Prussia, PA 19406
                                                                  (610)278-6800/ fax (847) 954-4809
S&D File #:16-053215                         PA BAR ID #318323
                                                                  pabk@logs.com