UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

OLAWALE M. JEGEDE              :       Chapter 13
                               :
       Debtor(s)               :
                               :       Bankruptcy No.:  **16-13287 JKF**

**CONSENT ORDER**

      **AND NOW**, this _____ day of _____, 2016, upon agreement of the parties in resolution of the Chapter 13 standing trustee's motion to dismiss with prejudice, it is

      **ORDERED**, that in light of the prior bankruptcy filing of debtor, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, within one (1) year of the date of dismissal, and it is further

      **ORDERED**, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor from further filings in accordance with its terms.

_3/9/2017_
Date

                                                   William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee

_1/5/2017_
Date

                                                 Attorney for Debtor

_01/22/2017_
Date

                                               Debtor

**HONORABLE JEAN K. FITZSIMON**
**BANKRUPTCY JUDGE**