United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Olawale M. Jegede  
Olawale M. Jegede  
    Debtors

Case No. 16-13287-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Mar 21, 2017  
                     Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
```
db             Olawale M. Jegede,    8214 Dunfield Court,    Severn, MD   21144-2927
db            +Olawale M. Jegede,    MAILING ADDRESS,    31 Pine Tree Drive,    Royersford, PA 19468-1147
aty           +ALEXANDER K. LEE,    Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 22 2017 03:17:35      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2017 03:17:16
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 22 2017 03:17:32      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL     on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS     on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              JOSEPH L QUINN     on behalf of Debtor Olawale M. Jegede CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL     on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              MATTHEW T. EYET     on behalf of Creditor    Nationstar Mortgage LLC meyet@se-llp.com
              THOMAS I. PULEO     on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

OLAWALE M. JEGEDE    :    Chapter 13
                     :
    Debtor(s)        :
                     :    Bankruptcy No.:  **16-13287 JKF**

**CONSENT ORDER**

AND NOW, this ____ day of _____, 2016, upon agreement of the parties in resolution of the Chapter 13 standing trustee's motion to dismiss with prejudice, it is

ORDERED, that in light of the prior bankruptcy filing of debtor, if this case is dismissed for any reason, it shall be with prejudice; debtor(s) shall be prohibited from filing any subsequent bankruptcy case, individually or jointly, within one (1) year of the date of dismissal, and it is further

ORDERED, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor from further filings in accordance with its terms.

_3/9/2017_
Date

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee

_1/6/2017_
Date

_____
Attorney for Debtor

_01/22/2017_
Date

_____
Debtor

**Date: March 21, 2017**

**HONORABLE JEAN K. FITZSIMON
BANKRUPTCY JUDGE**