# IN THE U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Olawale M. Jegede : | |
| Debtor : | |
| _____ : | |
| : | Chapter 13 |
| Olawale M. Jegede, : | Bankruptcy No.: 16-13287-jkf |
| Movant : | |
| v. : | |
| : | |
| Nationstar Mortgage LLC : | |
| Respondent : | |

### PRAECIPE TO WITHDRAW MOTION TO COMPEL PLAINTIFF TO PRODUCE DOCUMENTS AND ELECTRONICALLY STORED INFORMATION [DOCUMENT NO. 68]

TO THE CLERK:

Kindly withdraw the motion to compel filed by Debtor on April 26, 2017 [Document No. 68].

Respectfully,

LAW OFFICE OF STEPHEN J. ROSS

By:    */s/ Joseph Quinn*_____
Joseph Quinn, Esquire
Attorney I.D. No. 307467
152 E. High Street, Suite 100
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
JQuinn@SJR-LAW.com

Date: June 15, 2017