*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Olawale M. Jegede
    Debtor(s)

Case No: 16–13287–jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Motion for Relief from Stay re: 31 Pine Tree Drive, Royersford, PA, 19468. Filed by Nationstar Mortgage LLC Represented by JOSHUA ISAAC GOLDMAN (Counsel). (Docket Entry #20)

Objection to Claim Number 3 by Claimant Nationstar Mortgage LLC. Filed by Olawale M. Jegede. (Docket Entry #46)

    on: 7/18/17

    at: 10:00 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/27/17

Timothy B. McGrath
Clerk of Court

83 – 20, 81
Form 167