# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  OLAWALE M. JEGEDE,<br>*Debtor* | Chapter 13 |
| OLAWALE M. JEGEDE,<br>*Movant*<br>v.<br>NATIONSTAR MORTGAGE LLC,<br>*Respondent* | Bankruptcy No. 16-13287-jkf |

## O R D E R

AND NOW, upon consideration of the Debtor's Objection to the Proof of Claim of Nationstar Mortgage LLC (Claim No. 3), and after notice and hearing, and for the reasons stated in Court, it is hereby ORDERED that the Objection is OVERRULED.

**Date: September 29, 2017**
Date:    _____
Jean K. FitzSimon
United States Bankruptcy Judge