**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Olawale M. Jegede | | |
| Debtor | | CHAPTER 13 |
| Nationstar Mortgage LLC | | |
| Movant | | |
| vs. | | NO. 16-13287 JKF |
| Olawale M. Jegede | | |
| Debtor | | |
| William C. Miller Esq. | | |
| Trustee | | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 2nd day of October, 2017, at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 31 Pine Tree Drive, Royersford, PA 19468 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Olawale M. Jegede
31 Pine Tree Drive
Royersford, PA 19468

Joseph L Quinn
152 East High Street
Suite 100
Pottstown, PA 19464

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532