United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Olawale M. Jegede
Olawale M. Jegede
    Debtors

Case No. 16-13287-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: John      Page 1 of 2      Date Rcvd: Oct 02, 2017
                       Form ID: pdf900     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
```
db           +Olawale M. Jegede,    MAILING ADDRESS,    31 Pine Tree Drive,    Royersford, PA 19468-1147
db            Olawale M. Jegede,    8214 Dunfield Court,    Severn, MD  21144-2927
aty          +ALEXANDER K. LEE,    Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
               San Diego, CA 92177-7921
13761749    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
13880869     +Nationstar Mortgage LLC,    c/o Matthew T. Eyet, Esquire,    1545 U.S. Highway 206, Suite 304,
               Bedminster, NJ 07921-2560
13840452     +Nationstar Mortgage LLC,    c/o THOMAS I. PULEO,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13728381     +Nationstar Mortgage LLC,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13735485     +Nationstar Mortgage LLC,    c/o KEVIN S. FRANKEL,    Shapiro & DeNardo LLC,
               3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13723855      Nationstar Mortgage LLC,    Po Box 199111,    Dallas, TX 75235
13728920     +Nationstar Mortgage LLC,    c/o ALEXANDER K. LEE,    4375 Jutland Drive, Suite 200,
               PO Box 17933,    San Diego, CA 92177-7921
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Oct 03 2017 02:51:52     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 03 2017 02:51:16      Pennsylvania Department of Revenue,
               Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 03 2017 02:51:38      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Debtor Olawale M. Jegede CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              MATTHEW T. EYET    on behalf of Creditor    Nationstar Mortgage LLC meyet@se-llp.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2              User: John                 Page 2 of 2                  Date Rcvd: Oct 02, 2017
                                  Form ID: pdf900            Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                               TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Olawale M. Jegede | | CHAPTER 13 |
| | Debtor | |
| Nationstar Mortgage LLC | Movant | |
| vs. | | NO. 16-13287 JKF |
| Olawale M. Jegede | Debtor | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 2nd day of October, 2017, at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 31 Pine Tree Drive, Royersford, PA 19468 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Olawale M. Jegede
31 Pine Tree Drive
Royersford, PA 19468

Joseph L Quinn
152 East High Street
Suite 100
Pottstown, PA 19464

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532