## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Olawale M. Jegede, | : | Chapter 13 |
| Debtor | : | Case No.: 16-13287-elf |

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Amended Chapter 13 Plan dated and docketed October 9, 2017 was forwarded to the following parties, as follows:

*Via First Class United States Mail on October 9, 2017:*

Limerick Township c/o
Bernadette A. Kearney, Esquire
HRMML
375 Morris Road, PO Box 1479
Lansdale, PA 19446

Council of Unit Owners of
Stillmeadows Condo. No. Two
c/o Michael S Neall & Associates PC
147 Old Solomons Island Road, Ste 400
Annapolis, MD 21401

All other creditors not otherwise notified electronically by ECF.

*Via Electronic Filing (ECF) on October 9, 2017:*

Denise Elizabeth Carlon, Esquire on behalf of Nationstar Mortgage LLC
bkgroup@kmllawgroup.com

Kevin S. Frankel, Esquire on behalf of Nationstar Mortgage LLC
pa-bk@logs.com

Joshua Isaac Goldman, Esquire on behalf of Nationstar Mortgage LLC
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Andrew F Gornall, Esquire on behalf of Nationstar Mortgage LLC
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

Brian Craig Nicholas, Esquire on behalf of Nationstar Mortgage LLC
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Thomas I. Puleo, Esquire on behalf of Nationstar Mortgage LLC
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                              **LAW OFFICE OF STEPHEN J. ROSS, PC**

                          By:    */s/ Joseph Quinn*
                                  Joseph Quinn, Esquire
                                  Attorney I.D. No. 307467
                                  152 E. High Street, Suite 100
                                  Pottstown, PA 19464
                                  T: 610.323.5300
                                  F: 610.323.6081
                                  JQuinn@SJR-LAW.com
Date: <u>October 9, 2017</u>                Counsel for Debtor