## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Olawale M. Jegede,           :         Chapter 13
             Debtor               :         Case No.: 16-13287-elf

### CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Amended Chapter 13 Plan dated and docketed October 9, 2017 was forwarded to the following parties, as follows:

***Via First Class United States Mail on October 9, 2017:***

Limerick Township c/o
Bernadette A. Kearney, Esquire
HRMML
375 Morris Road, PO Box 1479
Lansdale, PA 19446

Council of Unit Owners of
Stillmeadows Condo. No. Two
c/o Michael S Neall & Associates PC
147 Old Solomons Island Road, Ste 400
Annapolis, MD 21401

All other creditors not otherwise notified electronically by ECF.

***Via Electronic Filing (ECF) on October 9, 2017:***

Denise Elizabeth Carlon, Esquire on behalf of Nationstar Mortgage LLC
bkgroup@kmllawgroup.com

Kevin S. Frankel, Esquire on behalf of Nationstar Mortgage LLC
pa-bk@logs.com

Joshua Isaac Goldman, Esquire on behalf of Nationstar Mortgage LLC
bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Andrew F Gornall, Esquire on behalf of Nationstar Mortgage LLC
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

Brian Craig Nicholas, Esquire on behalf of Nationstar Mortgage LLC
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Thomas I. Puleo, Esquire on behalf of Nationstar Mortgage LLC
tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                              **LAW OFFICE OF STEPHEN J. ROSS, PC**

                        By:    */s/ Joseph Quinn*
                                 Joseph Quinn, Esquire
                                 Attorney I.D. No. 307467
                                 152 E. High Street, Suite 100
                                 Pottstown, PA 19464
                                 T: 610.323.5300
                                 F: 610.323.6081
                                 JQuinn@SJR-LAW.com
Date:  October 9, 2017              Counsel for Debtor