```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
In re:                                                         Case No. 16-13287-elf
Olawale M. Jegede                                              Chapter 13
Olawale M. Jegede
      Debtors                     CERTIFICATE OF NOTICE

District/off: 0313-2      User: Pamela            Page 1 of 2       Date Rcvd: Oct 10, 2017
                          Form ID: 152            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
db            +Olawale M. Jegede,    MAILING ADDRESS,    31 Pine Tree Drive,    Royersford, PA 19468-1147
db             Olawale M. Jegede,    8214 Dunfield Court,    Severn, MD 21144-2927
aty           +ALEXANDER K. LEE,    Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                San Diego, CA 92177-7921
13723846       Ashwani K. Bassi, M.D.,    325 Hospital Drive, #108,    Gunpowder, MD 21010
13723847      +Baltimore Washington Medical Center, Inc,    301 Hospital Drive,    Glen Burnie, MD 21061-5803
13723848      +Council Unit Own Stillmeadows Condo 2,    C/O Michael S. Neall,
                147 Old Solomons Island Road, Suite 400,    Annapolis, MD 21401-0903
13747422      +Council of Unit Owners of Stillmeadows Condominium,    c/o Michael S. Neall & Associates PC,
                147 Old Solomons Island Road, Suite 400,    Annapolis MD 21401-0903
13723850       Hamburg, Rubin Mullin Et Al,    PO Box 1479,    Lansdale, PA 19446-0773
13723851      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13723852      +KML Law Group PC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13833195      +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13723854      +Limerick Township,    646 W. Ridge Pike,    Royersford, PA 19468-1497
13761749     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,      P.O. Box 619096,   Dallas, TX 75261-9741)
13840452      +Nationstar Mortgage LLC,    c/o THOMAS I. PULEO,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13723855       Nationstar Mortgage LLC,    Po Box 199111,    Dallas, TX 75235
13880869      +Nationstar Mortgage LLC,    c/o Matthew T. Eyet, Esquire,    1545 U.S. Highway 206, Suite 304,
                Bedminster, NJ 07921-2560
13728381      +Nationstar Mortgage LLC,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13735485      +Nationstar Mortgage LLC,    c/o KEVIN S. FRANKEL,    Shapiro & DeNardo LLC,
                3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13728920      +Nationstar Mortgage LLC,    c/o ALEXANDER K. LEE,    4375 Jutland Drive, Suite 200,
                PO Box 17933,    San Diego, CA 92177-7921
13801283      +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    PO Box 619096,
                Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Oct 11 2017 01:58:27     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2017 01:58:03
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2017 01:58:22     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13723849      +E-mail/Text: bknotice@erccollections.com Oct 11 2017 01:58:15     Enhanced Recovery Co L,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
13723853      +E-mail/Text: kim@johnlindner.com Oct 11 2017 01:57:51     Law Office of John E. Lindner,
                PO Box 507,    Linthicum Heights, MD 21090-0507
13723856      +E-mail/Text: bankruptcydepartment@tsico.com Oct 11 2017 01:58:41     NCO FIN/99,    PO Box 15636,
                Wilmington, DE 19850-5636
13723857      +E-mail/Text: RMOpsSupport@alorica.com Oct 11 2017 01:58:17     West Asset,    2703 N Highway 75,
                Sherman, TX 75090-2567
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Pamela              Page 2 of 2              Date Rcvd: Oct 10, 2017
                              Form ID: 152              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          JOSEPH L QUINN    on behalf of Debtor Olawale M. Jegede CourtNotices@sjr-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          MATTHEW T. EYET    on behalf of Creditor    Nationstar Mortgage LLC meyet@se-llp.com
          THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Olawale M. Jegede

    Debtor(s)

Case No: 16–13287–elf

Chapter: 13

---

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 11/7/17 at 01:00 PM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

106 – 99
Form 152