United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Olawale M. Jegede
Olawale M. Jegede
    Debtors

Case No. 16-13287-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Oct 10, 2017
                   Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.
db         +Olawale M. Jegede,    MAILING ADDRESS,    31 Pine Tree Drive,    Royersford, PA 19468-1147
db          Olawale M. Jegede,    8214 Dunfield Court,    Severn, MD   21144-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2017 01:58:22      U.S. Attorney Office,
          c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                                                                    TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         JOSEPH L QUINN    on behalf of Debtor Olawale M. Jegede CourtNotices@sjr-law.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         MATTHEW T. EYET    on behalf of Creditor    Nationstar Mortgage LLC meyet@se-llp.com
         THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                         TOTAL: 12

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    OLAWALE M. JEGEDE,    :    Chapter 13
:
Debtor    :    Bky. No. 16-13287 ELF
:

# O R D E R

**AND NOW,** in connection with the confirmation hearing presently **SCHEDULED** on **November 7, 2017, at 1:00 p.m.**,

1. The hearing **SHALL NOT BE CONTINUED** without the appearance of counsel for the Debtor unless

    (a) all objections to confirmation are withdrawn and the Chapter 13 Trustee is recommending confirmation of the Debtor's chapter 13 plan; or

    (b) counsel is advised by the Courtroom Deputy (after the entry of this Order) or the Chapter 13 Trustee (with the consent of the Courtroom Deputy) that the court does not require counsel's appearance.

2. Failure to appear and prosecute this case at the confirmation hearing may result in **SUA SPONTE DISMISSAL OF THE CHAPTER 13 CASE.**[1]

Date: October 10, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

---

[1]    See, e.g., In re Jackson, 2007 WL 1188202, at *4-5 (Bankr. E.D. Pa. April 18, 2007) (court may dismiss chapter 13 bankruptcy case sua sponte pursuant to 11 U.S.C. §1307(c)).