United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Olawale M. Jegede
Olawale M. Jegede
    Debtors

Case No. 16-13287-elf
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Christina             Page 1 of 2          Date Rcvd: Feb 16, 2018
                              Form ID: 138NEW             Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2018.
```
db              Olawale M. Jegede,    8214 Dunfield Court,    Severn, MD 21144-2927
db             +Olawale M. Jegede,    MAILING ADDRESS,    31 Pine Tree Drive,    Royersford, PA 19468-1147
aty            +ALEXANDER K. LEE,    Aldridge Pite LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
13723846        Ashwani K. Bassi, M.D.,    325 Hospital Drive, #108,    Gunpowder, MD 21010
13723847       +Baltimore Washington Medical Center, Inc,    301 Hospital Drive,    Glen Burnie, MD 21061-5803
13723848       +Council Unit Own Stillmeadows Condo 2,    C/O Michael S. Neall,
                 147 Old Solomons Island Road, Suite 400,    Annapolis, MD 21401-0903
13747422       +Council of Unit Owners of Stillmeadows Condominium,    c/o Michael S. Neall & Associates PC,
                 147 Old Solomons Island Road, Suite 400,    Annapolis MD 21401-0903
13723850        Hamburg, Rubin Mullin Et Al,    PO Box 1479,    Lansdale, PA 19446-0773
13723851       +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
13723852       +KML Law Group PC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13833195       +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13723854       +Limerick Township,    646 W. Ridge Pike,    Royersford, PA 19468-1497
13761749      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
13723855        Nationstar Mortgage LLC,    Po Box 199111,    Dallas, TX 75235
13840452       +Nationstar Mortgage LLC,    c/o THOMAS I. PULEO,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13880869       +Nationstar Mortgage LLC,    c/o Matthew T. Eyet, Esquire,    1545 U.S. Highway 206, Suite 304,
                 Bedminster, NJ 07921-2560
13728381       +Nationstar Mortgage LLC,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13735485       +Nationstar Mortgage LLC,    c/o KEVIN S. FRANKEL,    Shapiro & DeNardo LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13728920       +Nationstar Mortgage LLC,    c/o ALEXANDER K. LEE,    4375 Jutland Drive, Suite 200,
                 PO Box 17933,    San Diego, CA 92177-7921
13801283       +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 17 2018 02:44:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 17 2018 02:44:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 17 2018 02:44:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13723849       +E-mail/Text: bknotice@ercbpo.com Feb 17 2018 02:44:27     Enhanced Recovery Co L,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13723853       +E-mail/Text: kim@johnlindner.com Feb 17 2018 02:43:48     Law Office of John E. Lindner,
                 PO Box 507,    Linthicum Heights, MD 21090-0507
13723856       +E-mail/Text: bankruptcydepartment@tsico.com Feb 17 2018 02:45:20     NCO FIN/99,    PO Box 15636,
                 Wilmington, DE 19850-5636
13723857       +E-mail/Text: RMOpsSupport@alorica.com Feb 17 2018 02:44:32     West Asset,    2703 N Highway 75,
                 Sherman, TX 75090-2567
                                                                                              TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2018                                      Signature: /s/Joseph Speetjens

```
District/off: 0313-2          User: Christina                Page 2 of 2                   Date Rcvd: Feb 16, 2018
                              Form ID: 138NEW                Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Debtor Olawale M. Jegede CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              MATTHEW T. EYET    on behalf of Creditor    Nationstar Mortgage LLC meyet@se-llp.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Olawale M. Jegede

    Debtor(s)

Bankruptcy No: 16–13287–elf

Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 2/16/18

    118 – 117
    Form 138_new